UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LOIS GOODNOW | ) | CIVIL ACTION NO. 21-11122 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| NOLAN ASSOCIATES, LLC d/b/a | ) | |
| BOSTON HARBOR CRUISES, as owners | ) | |
| of the M/V NATHANIEL BOWDITCH | ) | |
| Defendant | ) | |

## INTRODUCTION

1.  This is an action for maritime personal injuries which occurred on or about July 23, 2018, while the Plaintiff, Lois Goodnow, was a passenger aboard the M/V NATHANIEL BOWDITCH, which was owned, operated, chartered, and/or controlled by the Defendant, Nolan Associates, LLC d/b/a Boston Harbor Cruises. The Plaintiff asserts a cause of action against each Defendant for personal injuries based upon negligence brought under the General Maritime Law.

## JURISDICTION

2.  This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1).

## THE PARTIES

3.  The Plaintiff, Lois Goodnow, is of legal age and resides in Danvers, Massachusetts.

4.  The Defendant, Nolan Associates, LLC d/b/a Boston Harbor Cruises, is a limited liability company organized under the laws of Massachusetts with a principal office at 1 Long Wharf, Boston, Massachusetts.

## FACTUAL ALLEGATIONS

5.  On or about July 23, 2018, the Plaintiff was onboard the M/V NATHANIEL

BOWDITCH from Boston, Massachusetts to Salem, Massachusetts. While disembarking the ferry via the gangway in Salem, the gangway began to shift and slide away from the dock.

6.    Mrs. Goodnow was caused to fall forward onto the dock with her arms above her head clinging to the dock and legs hanging down into the water. The aft part of the vessel had swung out away from the dock causing the gangway to shift.

**COUNT I**
GENERAL MARITIME LAW- NEGLIGENCE

7.    Paragraphs 1-6 are realleged and incorporated herein.

8.    The injuries sustained by the Plaintiff were no fault of her own but were caused by the negligence of the Defendant in that the Defendant had a duty to provide safe egress/ingress to passengers aboard the M/V NATHANIEL BOWDITCH The Defendant breached that duty causing injuries to the plaintiff.

9.    As a result of the said injuries, the Plaintiff has suffered great pain of body and anguish of mind, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at the trial.

10.   This cause of action is brought for negligence under the General Maritime Law.

REQUEST FOR RELIEF

1.    Under Count I, that this court enter judgment in favor of the Plaintiff against the Defendant.

2.    For such other relief as this court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,
For the Plaintiff,
By her attorney,


/s/ Brian Keane
Brian Keane, BBO #656717
Keane Law Group, P.C.
110 K Street, Suite 330
Boston, MA 02127
617-313-2900
bkeane@keanelawgroup.com